IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **Criminal Action No. 17-00216-KD-B** |
| ) | |
| **TERRY DEMARCUS WILSON,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER FOR LOCAL PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. § 4241(a)

This action is before the Court on the Motion for Psychiatric Examination filed by Defendant Terry Demarcus Wilson (doc. 149).

I. <u>Analysis</u>

Wilson moves the Court for a local psychological examination to determine mental competency to proceed pursuant to 18 U.S.C. § 2421(a). Wilson previously qualified financially for appointment of counsel from the Criminal Justice Act Panel of Attorneys (doc. 144, financial affidavit). Thus, he appears eligible for services other than counsel. <u>See</u> 18 U.S.C. § 3006A(e)(3).

Title 18 U.S.C. § 4241 applies to determinations of mental competency after the commencement of supervised release, as follows:

> (a) Motion to determine competency of defendant. At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, or at any time after the commencement of probation or supervised release and prior to the completion of the sentence, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

18 U.S.C. § 4241(a).

Upon consideration, and for reasons more specifically set forth on the record, the Court finds that there is reasonable cause to believe that Wilson may be suffering from a mental disease or defect rendering him mentally incompetent to proceed. Id.  In view of the necessity of the psychological services, Wilson's financial inability to obtain the services, and because the estimated costs do not exceed the maximum amount available under 18 U.S.C. 3006A(e)(3) without certification and approval by the Court of Appeals for the Eleventh Circuit, his motion is granted, and counsel is authorized to retain psychological services for a local psychological examination.  The evaluation and report shall comply with the requirements of 18 U.S.C. § 4247(b)-(c).

II. Conclusion

Upon consideration, and for the reasons set forth herein, the Motion is **GRANTED.** Accordingly, the **revocation hearing** is continued to **February 16, 2023, at 9:30 a.m.,** Courtroom 4B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama.  The United States Marshal is **directed** to produce Defendant Wilson for examination at the United States Courthouse at a time and location to be coordinated with Wilson's counsel and the psychological examiner.

DONE and ORDERED this the 3rd day of February 2023.

        s / Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**